Andrew B. Downs
Nevada Bar No. 8052
E-mail:andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Steven E. Guinn
Nevada Bar No. 5341
E-Mail: sguinn@laxalt-nomura.com
LAXALT & NOMURA, LTD
9790 Gateway Dr., Suite 200
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Attorneys for Defendant Admiral Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL STERILIZATION AND FUMIGATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:20-cv-00444-LRH-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST EXTENSION)** |

Plaintiffs Global Sterilization and Fumigation, Inc and Bryan Gardner and defendant Admiral Insurance Company ("Admiral") stipulate that Admiral may have a 17 day extension of time to and including November 2, 2020 within which to respond to the complaint.

No previous extensions have been granted.

DATED: October 13, 2020

BULLIVANT HOUSER BAILEY PC

By */s/ Andrew B. Downs*
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Admiral Insurance Company

DATED: October 13, 2020

CARMAN COONEY FORBUSH PLLC

By */s/ Benjamin J. Carman\* (e-mail auth. ABD)*
Benjamin J. Carman
Nevada Bar No. 12565
4045 Spencer St., Ste. A47
Las Vegas, NV 89119
Telephone: 702.421.0111
Facsimile: 702.516.1033

Attorneys for Plaintiffs Global Sterilization & Fumigation, Inc. and Bryan Gardner

**ORDER**

IT IS SO ORDERED.

DATED: October 14, 2020

_William G. Cobb_
United States Magistrate Judge

*****

4814-5366-2158.1

– 2 –