1  Andrew B. Downs
   Nevada Bar No. 8052
2  E-mail: andy.downs@bullivant.com
   BULLIVANT HOUSER BAILEY PC
3  101 Montgomery Street, Suite 2600
4  San Francisco, CA 94104
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Steven E. Guinn
   Nevada Bar No. 5341
7  E-Mail: sguinn@laxalt-nomura.com
   LAXALT & NOMURA, LTD
8  9790 Gateway Dr., Suite 200
9  Reno, NV 89521
   Telephone: 775.322.1170
10 Facsimile: 775.322.1865

11
   Attorneys for Defendant Admiral Insurance
12 Company

13

14                    UNITED STATES DISTRICT COURT

15                         DISTRICT OF NEVADA

16 | GLOBAL STERILIZATION AND
   | FUMIGATION, INC., *et al.*,
17 |                                          Case No.: 3:20-cv-00444-LRH-WGC
   |         Plaintiffs,
18 |                                          **STIPULATION FOR CLAWBACK**
   |     v.                                   **ORDER PURSUANT TO FRE 502;**
19 |                                          **CLAWBACK ORDER**
   | ADMIRAL INSURANCE COMPANY,
20 |
   |         Defendant.
21

22         Plaintiffs Global Sterilization and Fumigation, Inc. and Bryan Gardner and defendant

23 Admiral Insurance Company stipulate and request pursuant to Federal Rule of Evidence 502

24 that the Court enter the proposed order appearing below. This request is made to protect against

25 inadvertent waiver of applicable privileges as authorized by Rule 502, and in particular,

26 subsection (d) of that rule.

27

28

DATED: December 14, 2020

BULLIVANT HOUSER BAILEY PC

By  /s/ Andrew B. Downs
  Andrew B. Downs
  Nevada Bar No. 8052
  101 Montgomery Street, Suite 2600
  San Francisco, CA 94104
  Telephone: 415.352.2700
  Facsimile: 415.352.2701

Attorneys for Defendant Admiral Insurance Company

DATED: December 14, 2020

CARMAN COONEY FORBUSH PLLC

By  /s/ Benjamin J. Carman* (ABD e-mail auth.)
  Benjamin J. Carman
  Nevada Bar No. 12565
  Sean D. Cooney
  Nevada Bar No. 12945
  4045 Spencer St., Ste. A47
  Las Vegas, NV 89119
  Telephone: 702.421.0111
  Facsimile: 702.516.1033

Attorneys for Plaintiffs Global Sterilization & Fumigation, Inc. and Bryan Gardner

## CLAWBACK ORDER PURSUANT TO F.R.E. 502

Federal Rule of Evidence 502(d) authorizes the Court to ender an order providing that any applicable privilege or protection is not waived by inadvertent disclosure connected with the litigation pending before the court. The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Evidence 502, that

1. The inadvertent disclosure, in oral or written form, of any information which would otherwise be protected by Federal Rule of Evidence 501, Federal Rule of Evidence 502,

or Chapter 49 of the Nevada Revised Statutes, including but not limited to NRS 49.095, shall not operate as a waiver of the applicable privilege or the work-product protection.

2. Pursuant to Federal Rule of Evidence 502(d), any disclosure protected by this Order also is not a waiver of the applicable privileges or work-product protection in any other Federal or State proceeding.

3. Should counsel for any party receive a document which he or she reasonably believes contains material protected by a privilege under Federal Rule of Evidence 501, Federal Rule of Evidence 502, or Chapter 49 of the Nevada Revised Statutes, including but not limited to NRS 49.095, counsel shall immediately notify counsel for the holder of the privilege and shall return all copies of the document upon request, without waiving the receiving party's right to seek an order from the Court that the document(s) in question are discoverable. Notwithstanding the foregoing, if the receiving party believes it has reasonable grounds to seek an order that the document(s) in question are discoverable, it may retain one copy solely for purposes, and for the duration, of the effort to seek such an order.

4. Should counsel for any party discover that it has produced a document(s) protected by privilege that she or he reasonably believes has been inadvertently produced, he or she shall immediately notify counsel for all other parties and request return of the document(s).

IT IS SO ORDERED.

DATED: December 15, 2020

_William G. Cobb_
United States Magistrate Judge

4838-3577-4932.1

*****

– 3 –