Andrew B. Downs
Nevada Bar No. 8052
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Steven E. Guinn
Nevada Bar No. 5341
E-Mail: sguinn@laxalt-nomura.com
LAXALT & NOMURA, LTD
9790 Gateway Dr., Suite 200
Reno, NV 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Attorneys for Defendant Admiral Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL STERILIZATION AND FUMIGATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:20-cv-00444-LRH-CSD<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME FOR SUBMISSION OF JOINT PRETRIAL ORDER** |

Plaintiff Global Sterilization and Fumigation, Inc. and defendant Admiral Insurance Company stipulate and request as follows:

1. On May 4, 2022, the Court granted defendant Admiral's Motion for Summary Judgment on all issues except alleged violations of NRS 686A.310(b), (c), (d), and (n). ECF 25.

2. On May 13, 2022, the Clerk entered a Judgment dated May 4, 2022 granting judgment in favor of Admiral on all issues other than those claims listed in paragraph 1 above. ECF 26.

3. Under the terms of the Scheduling Order (ECF 14), the Proposed Joint Pretrial Order is due 30 days after the Court's ruling on the motions for summary judgment. Accordingly, the Proposed Joint Pretrial Order is due on June 6, 2022.

4. The parties are actively discussing settlement of the remaining outstanding claims and wish to have adequate time to prepare the Proposed Joint Pretrial Order if their settlement efforts do not succeed. Accordingly, they request a 35 day extension of the deadline to file the Proposed Joint Pretrial Order to and including July 11, 2022.

DATED: May 26, 2022

BULLIVANT HOUSER BAILEY PC

By /s/ Andrew B. Downs
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Admiral Insurance Company

DATED: May 26, 2022

CARMAN COONEY FORBUSH PLLC

By /s/ Benjamin J. Carman* (*ABD e-mail auth.)
Benjamin J. Carman
Nevada Bar No. 12565
Sean D. Cooney
Nevada Bar No. 12945
4045 Spencer St., Ste. A47
Las Vegas, NV 89119
Telephone: 702.421.0111
Facsimile: 702.516.1033

Attorneys for Plaintiffs Global Sterilization & Fumigation, Inc. and Bryan Gardner

## ORDER

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have to and including July 11, 2022 within which to submit the Proposed Joint Pretrial Order in this matter.

IT IS SO ORDERED.

DATED: May 26, 2022

_____
United States District Judge

4874-0705-1554.1

\*\*\*\*\*