UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL STERILIZATION AND FUMIGATION, INC., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY,<br><br>   Defendant. | Case No.: 3:20-cv-00444-LRH-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (F.R.CIV.P. 41(a)(1)(A)** |

Plaintiffs Global Sterilization and Fumigation, Inc. and Bryan Gardner, and defendant Admiral Insurance Company stipulate pursuant to F.R.Civ.P. 41(a)(1)(A) that this action be dismissed with prejudice, with each party to bear its own fees and costs.

DATED: December 15, 2022

BULLIVANT HOUSER BAILEY PC

By /s/ *Andrew B. Downs*
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Admiral Insurance Company

DATED: December 15, 2022

CARMAN COONEY FORBUSH PLLC

By /s/ *Benjamin J. Carman\* (\*ABD e-mail auth.)*
Benjamin J. Carman
Nevada Bar No. 12565
Sean D. Cooney
Nevada Bar No. 12945
4045 Spencer St., Ste. A47
Las Vegas, NV 89119
Telephone: 702.421.0111
Facsimile: 702.516.1033

Attorneys for Plaintiffs Global Sterilization & Fumigation, Inc. and Bryan Gardner

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of December, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

– 2 –